IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE SANTOS GOMEZ, et al., | * | |
| Petitioner, | * | |
| v. | * | Civil Action No. GLR-26-3078 |
| ROBERT GUADIAN, et al., | * | |
| Respondents. | * | |

***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 28th day of August, 2026 by the United States District Court for the District of Maryland hereby:

ORDERED that the Clerk shall SUBSTITUTE Robert Guadian as a Respondent in place of Vernon Liggins;

IT IS FURTHER ORDERED Petitioner Jose Santos Gomez's Amended Petition (ECF No. 7) is GRANTED as to Count I and DENIED as MOOT as to Counts II–V;

IT IS FURTHER ORDERED that Respondents Robert Guadian, Todd Lyons, Markwayne Mullin, and Todd Blanche shall RELEASE Santos Gomez from immigration custody by **5:00 p.m. today, August 28, 2026**;

IT IS FURTHER ORDERED that Respondents shall FILE a status report no later than 5:00 p.m. on August 31, 2026, confirming compliance with this Order; and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce compliance with this Order.

/s/
George L. Russell, III
Chief United States District Judge